ACCEPTED
03-12-00247-CV
4908016
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 8:11:11 PM
JEFFREY D. KYLE
CLERK

NO. 03-12-00247-CV

| | | |
|---|---|---|
| ROLAND OIL COMPANY | § | IN THE THIRD |
|    Appellant, | § | |
| VS. | § | COURT OF APPEALS |
| | § | |
| RAILROAD COMMISSION OF TEXAS | § | |
|    Appellee. | § | SAN ANTONIO, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/15/2015 8:11:11 PM
JEFFREY D. KYLE
Clerk

## NOTICE OF APPEARANCE AS COUNSEL FOR ROLAND OIL COMPANY

Notice is hereby respectfully given to this Court that Jeffrey R. Akins, Attorney at Law, is appearing as counsel of record for Appellant, Roland Oil Company.

Respectfully submitted,

/s/ Jeffrey R. Akins

JEFFREY R. AKINS
State Bar No. 00962425
14350 Northbrook Drive
Suite 150
San Antonio, Texas 78232
Telephone: (210) 599-4905
Facsimile: (210) 490-2776
jrakins@sbcglobal.net
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2015, after 6:00 p.m., I served the foregoing document upon the following counsel in accordance with the Texas Rules of Appellate Procedure:

Anthony W. Benedict      **VIA FAX NO. (512) 320-0911**
Dario Bargas      **VIA FAX NO. (866) 415-0828**

/s/ Jeffrey R. Akins
_____

Jeffrey R. Akins